JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, SBN 083908, mho@jmbm.com
STUART K. TUBIS, SBN 278278, skt@jmbm.com
CHRISTOPHER K. WHANG, SBN 316916, cwhang@jmbm.com
333 Bush Street, 11th Floor
San Francisco, CA 94104
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorney for Defendants BOB'S CAR AUDIO & ELECTRONICS, INC.;
MARK CAPLLINO, AS TRUSTEE OF THE CAPELLINO TRUST

LINK 17

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| COLTON BRYANT, | CASE NO. 2:25-cv-06757-HDV-BFM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT AND EXTEND DEADLINE FOR JOINT SITE INSPECTION** ; |
| v. | |
| BOB'S CAR AUDIO & ELECTRONICS, INC.; MARK CAPELLINO, AS TRUSTEE OF THE CAPELLINO TRUST; and DOES 1 to 10, | ORDER |
| | Trial Date: N/A |
| | Judge: Hon. Hernan D. Vera |
| Defendants. | |

Defendants Bob's Car Audio & Electronics, Inc., and Mark Capellino, as Trustee of the Capellino Trust, ("**Defendants**") and Plaintiff Colton Bryant ("**Plaintiff**") hereby make the following joint stipulation to vacate the clerk's entry of default:

1.    WHEREAS the parties have cooperatively litigated and successfully resolved cases in the past to achieve accessibility in many matters;

2.    WHEREAS Defendants engaged counsel on or about September 3, 2025;

3.    WHEREAS the Plaintiff filed for default against both Defendants on or about September 4, 2025;

4.    WHEREAS, since Defendants' engaged counsel, parties engaged in substantive settlement negotiations;

5.    WHEREAS the Defendants filed an Answer on or about September 8, 2025, which was stricken because the Notice of Interest Parties was not concurrently filed;

6.      WHEREAS the Defendants concurrently filed the Notice of Interested Parties with this Stipulation;

7.      WHEREAS the Defendants respectfully request the Court to deem the Answer filed on September 8, 2025, the operative answer in this case;

8.      WHEREAS the parties agree to vacate the clerk's entry of default, entered on September 5, 2025;

**IT IS SO STIPULATED:**

That the clerk's September 5, 2025, default entered against Defendants shall be set aside.

Respectfully submitted,

Date: September 15, 2025          JEFFER MANGELS BUTLER & MITCHELL LLP
                                 MARTIN H. ORLICK
                                 STUART K. TUBIS
                                 CHRISTOPHER K. WHANG

                                 By   */s/ Martin H. Orlick*_____
                                        MARTIN H. ORLICK, ESQ.
                                 Attorney for Defendants Bob's Car Audio &
                                 Electronics, Inc. and Mark Capellino, as Trustee of
                                 the Capellino Trust

Date: September 15, 2025          SO CAL EQUAL ACCESS GROUP
                                 JASON YOON

                                 By   _____*/s/ Jason Yoon*_____
                                        JASON YOON, ESQ.
                                 Attorneys for Plaintiff Colton Bryant

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Date: September 15, 2025          JEFFER MANGELS BUTLER & MITCHELL LLP
                                 MARTIN H. ORLICK
                                 STUART K. TUBIS
                                 CHRISTOPHER K. WHANG

                                 By   */s/ Martin H. Orlick*_____
                                        MARTIN H. ORLICK, ESQ.
                                 Attorney for Defendants Bob's Car Audio &
                                 Electronics, Inc. and Mark Capellino, as Trustee of
                                 the Capellino Trust

73651055v1
STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT

1

**[PROPOSED] ORDER**

2

Having read and considered the parties stipulation, and finding good cause, the Court

3

ORDERS the September 5, 2025, Clerk's Entry of Default vacated against the Defendants Bob's

4

Car Audio and Mark Capellino, as Trustee of the Capellino Trust.

5

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

6

7

DATED:  September 26, 2025

8

9

10

By: _____

11

THE HONORABLE HERNAN D. VERA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

73651055v1

STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT